

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2016

No. 04-16-00431-CR

Crystal B. **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757C
Honorable Ron Rangel, Judge Presiding

# O R D E R

After this court granted appellant two extension of time to file appellant's brief, the brief was due November 30, 2016. Appellant has now filed a third motion for extension of time, asking for an additional seven days in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file appellant's brief in this court on or before December 7, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court